2006–0985.   State ex rel. Ward v. Ohio Adult Parole Auth.
In Mandamus. On answer of respondent and relator's motion for leave to amend complaint pursuant to S.Ct.Prac.R. VIII(7) and Civ.R. 15(A). On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion for leave to amend denied as moot.

Moyer, C.J., Resnick, Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur.